IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| PERRY ROSE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil No. 09-306-ST |
| v. | ) | |
| | ) | O R D E R |
| MISS PACIFIC LLC, PACIFIC FISHING | ) | |
| LLC, F/V MISS PACIFIC, ON 621170, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

    Robert J. Neuberger
    806 SW Broadway
    700 Jackson Tower
    Portland , Oregon  97205-3309

        Attorney for Plaintiff

    Eric R. McVittie
    Markus B G Oberg
    Svetlana P. Spivak
    LeGros Buchanan & Paul
    701 Fifth Avenue, Suite 2500
    Seattle , Washington  98104-7051

        Attorneys for Defendants

Page 1 - ORDER

KING, Judge:

The Honorable Janice M. Stewart, United States Magistrate Judge, filed Findings and Recommendation on May 21, 2009. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Stewart's Findings and Recommendation dated May 21, 2009 (#61).

IT IS HEREBY ORDERED that Defendants' Motion for Costs Under RCW 4.28.185(5) (#46) is DENIED.

DATED this   15th   day of June, 2009.

       /s/ Garr M. King
       GARR M. KING
       United States District Judge